**Order entered July 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01549-CR

**LADALE CUBIT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F11-34970-K**

## ORDER

The Court **REINSTATES** this appeal.

On April 24, 2013, we ordered the trial court to make findings regarding why the reporter's record has not been filed in this appeal. Although court reporter Janice Garrett filed, on May 22, 2013, a request for an extension of time to file the reporter's record, she did not tender the reporter's record with the extension request. On July 22, 2013, we received the reporter's record. Accordingly, in the interest of expediting the appeal, we **VACATE** the April 24, 2013 order requiring findings.

Because Ms. Garrett did not tender the reporter's record by the July 1, 2013 date specified in her extension request, we **DENY** that request as moot.

On the Court's own motion, we consider the reporter's record received on July 22, 2013 properly filed.

Appellant's brief is due within thirty days of the date of this order.

/s/    LANA MYERS
       JUSTICE